# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VANESSA F. MCDERMOTT,**

        **Plaintiff,**

**-vs-**                                        **Case No.  6:07-cv-1120-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 16)**
>
> **FILED:**       **February 21, 2008**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> (1) reconsider the period from the claimant's January 1, 1993, application date and through the August 10, 2000, finding of disability, leaving the post August 10, 2000, disability finding undisturbed; (2) obtain evidence from a psychological medical expert and ask the medical expert to address the claimant's mental impairments while impaired by alcohol and while in remission from alcohol abuse; (3) the ALJ will

    recontact Dr. Alvarez in order to determine if his signature is on the disability opinion located at transcript page 343 (see also transcript 354 and 356) in order to determine if this medical opinion should be evaluated as a treating physician opinion or the opinion from a nurse practitioner; (4) the ALJ should provide the necessary mental impairment analysis pursuant to 20 C.F.R. § 404.1520a and 416.920a; and the ALJ should properly evaluate the materiality of the claimant's history of alcohol and substance abuse prior to August 10, 2000.

Doc. No. 16. Plaintiff Vanessa McDermott does not oppose the motion. *Id.*

Based on the foregoing, I respectfully recommend that the motion be **GRANTED** and the decision of the Commission be **REVERSED** and the case be **REMANDED** for further proceedings consistent with the Commissioner's undertaking as described above and any other necessary proceedings. I further recommend that the Court direct the Clerk of Court to enter judgment consistent with its decision on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 22, 2008.

*Karla R. Spaulding*
    KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy