# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VANESSA F. MCDERMOTT,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1120-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Unopposed Motion for Entry of Judgment with Remand (Doc. No. 16) filed February 21, 2008.

On February 28, 2008, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Unopposed Motion for Entry of Judgment with Remand is **GRANTED**.

3. The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is remanded for further proceedings consistent with the Report and Recommendation.

4. The Clerk is directed to enter judgment accordingly and, thereafter, close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 11th day of March, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE