**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VANESSA F. MCDERMOTT,**

                      **Plaintiff,**

**-vs-**                                                         **Case No. 6:07-cv-1120-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                      **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2414 (Doc. No. 20)** |
| **FILED:** | **June 12, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The plaintiff, Vanessa F. McDermott, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on March 14, 2008. Doc. No. 19. As the plaintiff's motion is unopposed, an award of fees and costs is ripe for consideration.

McDermott's attorney of record, Bradley K. Boyd, seeks 2,267.40 in fees for work performed by Boyd and Krista Rush, an attorney associated with Boyd. The hourly rate sought is $168.58 for work performed in 2007 and 2008. Doc. No. 20-3.

The EAJA states that the amount of attorney's fees and costs shall be based on prevailing market rates, "except that attorney's fees shall not be awarded in excess of $125.00 per hour unless the court

determines that an increase in the cost of living or a special factor . . . justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A). McDermott has provided an analysis based on the Consumer Price Index (CPI) that supports the requested hourly rates. Doc. No. 20-2. Accordingly, I find that these rates are reasonable without objection.

I also find that the total hours worked by each attorney were reasonable in the absence of objection.

McDermott submitted an Assignment by which she assigned any attorneys' fees awarded by the Court to Attorney Boyd. Doc. No. 20-6. Accordingly, it is **RECOMMENDED** that the Commissioner shall pay to Attorney Boyd $2,267.40 in attorneys' fees.[1]

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 16, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

---

[1] The fees were calculated as follows: hours worked (13.45) x reasonable hourly rate ($168.58).